**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMETTE McCORMICK, Jr. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>Defendants, )<br>) | Civil Action No. 07-570 (EGS) |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), Devon Brown and Wanda Patten, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint by an additional forty-five (45) days.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On March 28, 2007, undersigned counsel left a phone message for plaintiff's counsel Jennifer R. Amore requesting the plaintiff's consent to the relief sought herein. On March 28, 2007, plaintiff's counsel contacted the undersigned and gave plaintiff's consent.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

                     /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

                     /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMETTE McCORMICK, Jr.           ) | |
|                   Plaintiff,           ) | |
|                           ) | Civil Action No. 07-570 (EGS) |
| v.           ) | |
| THE DISTRICT OF COLUMBIA, *et al.*,           ) | |
|                   Defendants,           ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an additional forty-five (45) days to file a responsive pleading to the plaintiff's complaint, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on February 21, 2006, alleging, among other things, that the decedent in this matter was denied his rights under the 5th Amendment to the United States Constitution, by the defendants while he was employed by the Department of Corrections. On March 22, 2007, the District filed a Notice of Removal to Federal District court. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the Defendants must file a responsive pleading within five days of removal, i.e. March 29, 2007.

2. The District will have to conduct a preliminary investigation of the allegations contained in the complaint before it can file an accurate responsive pleading. Because this case involves claims against various defendants, the District believes that additional time will be required to complete an investigation sufficient to allow the District to fashion a proper responsive pleading.

3. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

4. The plaintiff will not be prejudiced by the granting of this Motion. The plaintiff's counsel has consented to an enlargement of forty-five (45) days, up to and including May 14, 2007, by which the District must file a responsive pleading.

WHEREFORE, for the reasons stated herein, defendants requests that this Court expand the time to file a responsive pleading by forty-five (45) days, up to and including May 14, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

_____/s/_____
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, Jr. )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.,* )<br>)<br>Defendants, )<br>) | Civil Action No. 07-570 (EGS) |

### ORDER

Based on the defendant's motion and the facts and law considered, it is this ____ day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than May 14, 2007.

_____
Judge Emmet G. Sullivan
United States District Court

5