UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, Jr.,  )<br>    )<br>    )<br>    Plaintiff,  )<br>    )  Civil Action No. 07-570 (EGS)<br>    v.  )<br>    )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>    )<br>    Defendants,  )<br>_____)| |

**CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), Devon Brown and Wanda Patten, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint up to and including May 14, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On March 29, 2007, plaintiff's counsel contacted the undersigned counsel via e-mail and provided his consent to the relief sought herein.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

          /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III


          /s/
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov

Case 1:07-cv-00570-EGS    Document 4    Filed 04/06/2007    Page 3 of 8

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMETTE McCORMICK, Jr.         )<br>                                                       )<br>                                                       )<br>            Plaintiff,                     )<br>                                                       )    Civil Action No. 07-570 (EGS)<br>        v.                                         )<br>                                                       )<br>THE DISTRICT OF COLUMBIA, *et al.*,  )<br>                                                       )<br>            Defendants,                 )<br>                                                       ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE
DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN
RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an enlargement of the time period to file a responsive pleading to the plaintiff's complaint of up to and including May 14, 2007, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on February 21, 2006, alleging, among other things, that the decedent in this matter was denied his rights under the 5th Amendment to the United States Constitution, by the defendants while he was employed by the Department of Corrections. On March 22, 2007, the District filed a Notice of Removal to Federal District court. Pursuant to Rule 81(c) of the Federal Rules of Civil Procedure, the Defendants must file a responsive pleading within five days of removal, i.e. March 29, 2007.

2. On March 28, 2007, defendants' filed their Consent Motion for Extension of Time to File a Pleading in Response to the Plaintiff's Complaint. In this motion, defendants requested that they be given until May 14, 2006, to respond to plaintiff's complaint because additional time was necessary to conduct a preliminary investigation of the allegations contained in the complaint prior to filing responsive pleading. (Docket, No. 2)

3. On March 29, 2007, the plaintiff filed his Amended complaint (Docket, No. 3), and the Court issued its minute order denying the defendant's motion as moot.

4. Also on March 29, 2007, plaintiff's counsel contacted the undersigned counsel via e-mail and provided plaintiff's consent to extending the defendants' deadline for filing their responsive pleading until May 14, 2007.

5. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

6. The plaintiff will not be prejudiced by the granting of this Motion. Plaintiff's counsel has consented to an enlargement of the time period to file a responsive pleading of up to and including May 14, 2007.

WHEREFORE, for the reasons stated herein, defendants' requests that this Court enlarge the time to file a responsive pleading up to and including May 14, 2007.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief

---

[1] Rule 6(b) lists certain exceptions—Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)—none of which are applicable herein.

2

        General Litigation Section III

        _____/s/_____
        JAMES H. VRICOS [474026]
        Assistant Attorney General
        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

4

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, Jr.            ) | |
|                                                                ) | |
|                                                                ) | |
|                Plaintiff,                                 ) | |
|                                                                )  | Civil Action No. 07-570 (EGS) |
|         v.                                                  ) | |
|                                                                ) | |
| THE DISTRICT OF COLUMBIA, *et al.*,   ) | |
|                                                                ) | |
|                Defendants,                           ) | |
|                                                                ) | |

### ORDER

Based on the defendant's motion and the facts and law considered, it is this _____ day of

_____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the

Complaint no later than May 14, 2007.

                                                                                    _____
                                                                                    Judge Emmet G. Sullivan
                                                                                    United States District Court

5