UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, Jr. ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-570 (EGS) |
| v. ) | |
| ) | |
| THE DISTRICT OF COLUMBIA, *et al.*, ) | |
| ) | |
| Defendants, ) | |
| ) | |

**CONSENT MOTION TO ENLARGE TIME TO FILE AN ANSWER TO THE
PLAINTIFF'S COMPLAINT**

Defendants District of Columbia (the "District"), Devon Brown and Wanda Patten, by and through undersigned counsel and pursuant to Fed. R. Civ. P. 6(b), hereby move this Court to enlarge the time by which they must file a pleading in response to the plaintiff's complaint up to and including May 21, 2007.

A Memorandum of Points and Authorities in support of this Motion to Enlarge is attached hereto.

On May 10, 2007, undersigned counsel spoke with plaintiff's counsel and gained plaintiff's consent to the relief sought herein.

              Respectfully submitted,

              LINDA SINGER
              Attorney General for the District of Columbia

              GEORGE C. VALENTINE
              Deputy Attorney General
              Civil Litigation Division

      _____/s/_____
      PHILLIP A. LATTIMORE, III [422968]
      Section Chief
      General Litigation Section III


      _____/s/_____
      JAMES H. VRICOS [474026]
      Assistant Attorney General
      441 Fourth Street, N.W.
      Sixth Floor South
      Washington, D.C. 20001
      (202) 724-6600
      (202) 727-3625 (fax)
      E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMETTE McCORMICK, Jr. )<br>)<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>      Defendants, )<br>                          ) | Civil Action No. 07-570 (EGS) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE DEFENDANT'S CONSENT MOTION TO ENLARGE TIME TO FILE A PLEADING IN RESPONSE TO THE PLAINTIFF'S COMPLAINT**

This Court should grant the Defendants an enlargement of the time period to file an Answer to the plaintiff's complaint of up to and including May 21, 2007, because:

1. The plaintiff filed suit in the Superior Court of the District of Columbia on February 21, 2006, alleging, among other things, that the Plaintiff in this matter was denied his rights under the 5th Amendment to the United States Constitution, by the defendants while he was employed by the Department of Corrections. On March 22, 2007, the District filed a Notice of Removal to Federal District court.

2. On March 29, 2007, the plaintiff filed his Amended complaint.

3. On April 8, 2007, the Court granted the District's Consent Motion for Extension of Time to File a Responsive Pleading and allowed the District until May 14, 2007, to file a responsive pleading to the Plaintiff's Amended complaint.

4. The Plaintiff has filed a lengthy Amended complaint which names the District and two individual defendants. Therefore, undersigned counsel has had to expend a significant amount of time gather the facts necessary to fashion a proper responsive pleading.

Consequently, the undersigned counsel respectfully requests that this Court grant an additional week in which to file the defendants' Answer to the Plaintiff's complaint.

5. Rule 6(b) of the Federal Rules of Civil Procedure gives the Court authority to grant parties additional time to come into compliance with any deadline imposed by other enumerated rules.[1] The Court has wide discretion to grant such motions. *In re Buckingham Super Markets, Inc.*, 534 F.2d 976 (D.C. Cir. 1976). Given the facts discussed in the Motion, the District urges this Court to grant such an extension herein.

6. The plaintiff will not be prejudiced by the granting of this Motion. Plaintiff's counsel has consented to an enlargement of the time period to file an Answer of up to and including May 21, 2007.

WHEREFORE, for the reasons stated herein, defendants' requests that this Court enlarge the time to file a responsive pleading up to and including May 21, 2007.

                                    Respectfully submitted,

                                    LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

      /s/
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III

      /s/
JAMES H. VRICOS [474026]
Assistant Attorney General

---

[1] Rule 6(b) lists certain exceptions––Rule 50(b) and (c)(2); 52(b); 59(b), (d), and (e); and 60(b)––none of which are applicable herein.

        441 Fourth Street, N.W.
        Sixth Floor South
        Washington, D.C. 20001
        (202) 724-6600
        (202) 727-3625 (fax)
        E-mail: James.Vricos@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| EMMETTE McCORMICK, Jr. )<br>)<br>)<br>      Plaintiff, )<br>) | Civil Action No. 07-570 (EGS) |
| v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>      Defendants, )<br>) | |

**ORDER**

Based on the defendant's motion and the facts and law considered, it is this ____ day of _____ 2007,

HEREBY ORDERED that the defendant's motion is GRANTED; it is

FURTHER ORDERED that the Defendants shall file a responsive pleading to the Complaint no later than May 21, 2007.

_____
Judge Emmet G. Sullivan
United States District Court

4