UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, Jr. )<br>)<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>THE DISTRICT OF COLUMBIA, *et al.*, )<br>)<br>    Defendants, )<br>_____) | Civil Action No. 07-570 (EGS) |

DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Defendants District of Columbia, Devon Brown, and Wanda Patten, by and through undersigned counsel, answer the Plaintiff's First Amended Complaint as follows:

FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

JURISDICTION AND VENUE

1. The Defendants deny that the Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph one (1) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

2. The Defendants deny that the Department of Corrections Office of the Internal Affairs leaked the home addresses of any correctional officers. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph two (2) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

3. The Defendants deny that the Department of Corrections Office of the Internal Affairs leaked the home addresses of any correctional officers. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph three (3) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

4. The Defendants deny the allegations in Paragraph four (4) of Plaintiff's First Amended Complaint.

5. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph five (5) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

6. The Defendants deny that any Plaintiff was terminated based on pretextual conclusions and that Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph six (6) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

7. Paragraph seven (7) of Plaintiff's Firsts Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent a response is required, the Defendants deny these allegations.

8. Paragraph eight (8) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent a response is required, the Defendants deny these allegations.

9. The Defendants deny that the Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in

paragraph nine (9) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

10. The Defendants deny that they committed any unlawful acts. The Defendants admit the remaining allegations in Paragraph ten (10).

11. Paragraph eleven (11) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant Devon Brown denies these allegations.

12. Paragraph twelve (12) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant Wanda Patten denies these allegations.

13. The Defendants admit that they removed this action to this Court. The remaining allegations contained in Paragraph thirteen (13) of Plaintiff's First Amended Complaint are legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent a response is required, Defendants deny these allegations.

## STATEMENT OF THE CASE

### Background

14. The Defendants deny that the Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph fourteen (14) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

15. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifteen (15) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

16. The Defendants deny that the Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph sixteen (16) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

17. The Defendants have insufficient information to admit or deny the allegations contained in paragraph seventeen (17) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

18. The Defendants have insufficient information to admit or deny the allegations contained in paragraph eighteen (18) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time. To the extent that an answer is required, the Defendants deny the allegations at this time.

19. The Defendants have insufficient information to admit or deny the allegations contained in paragraph nineteen (19) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

20. The Defendants have insufficient information to admit or deny the allegations contained in paragraph twenty (20) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

21. The Defendants have insufficient information to admit or deny the allegations contained in paragraph twenty-one (21) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

<u>Plaintiff's Service at the D.C. Jail/Central Detention Facility</u>

22. The Defendants have insufficient information to admit or deny the allegations contained in paragraph twenty-two (22) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

23. The Defendants admit the allegations contained in Paragraph twenty-three (23) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

24. The Defendants deny that the Plaintiff was wrongfully terminated. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph twenty-four (24) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

25. The Defendant has insufficient information to admit or deny the allegations contained in paragraph twenty-five (25) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

26. The Defendant has insufficient information to admit or deny the allegations contained in paragraph twenty-six (26) of the Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

27. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph twenty-seven (27) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

28. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph twenty-eight (28) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

29.   The Defendants deny the allegation contained in Paragraph twenty-nine (29) of Plaintiff's First Amended Complaint.

## FACTS

30.   The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty (30) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

31.   The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-one (31) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

32.   The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-two (32) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

33.   The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-three (33) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

34.   The Defendants deny that the alleged statements were improperly disclosed. The Defendants are without sufficient information to admit or deny the remaining allegations contained in paragraph thirty-four (34) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

### Defendants' Responses To Plaintiff's Informative Report

35.   The Defendants deny that the alleged statements were improperly disclosed. The Defendants are without sufficient information to admit or deny the remaining allegations

contained in paragraph thirty-five (35) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

36. The Defendant Wanda Patten is without sufficient information to admit or deny the remaining allegations contained in paragraph thirty-six (36) of Plaintiff's First Amended Complaint. To the extent that an answer is required, Defendant Patten denies the allegations at this time.

### Defendants' First Response

37. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-seven (37) of Plaintiff's First Amended complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

38. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-eight (38) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

39. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph thirty-nine (39) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

40. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty (40) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

41. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-one (41) of Plaintiff's First Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

42. Paragraph forty-two (42) of Plaintiff's First Amended Complaint contains legal conclusions to which no response is required. To the extent that an answer is required, the Defendants deny the allegations at this time.

43. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-three (43) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

44. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-four (44) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

45. Defendant Patten denies the allegations contained in Paragraph forty-five (45) of the Plaintiff's First Amended Complaint.

46. Paragraph forty-six (46) of Plaintiff's First Amended Complaint contains legal conclusions to which no response is required. To the extent that an answer is required, the Defendants deny the allegations at this time.

47. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-seven (47) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

Defendants' Second Response

48. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-eight (48) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

49. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph forty-nine (49) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

50. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty (50) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

51. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-one (51) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

52. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-two (52) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

53. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-three (53) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

54. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-four (54) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

55. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-five (55) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

56. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-six (56) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegation sat this time.

57. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-seven (57) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

<u>Plaintiff's Termination By Defendants</u>

58. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-eight (58) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

59. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph fifty-nine (59) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

60. Paragraph sixty (60) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

61. Paragraph sixty-one (61) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

62. Paragraph sixty-two (62) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

COUNT I

<u>(Fifth Amendment – Liberty Interest)</u>

63. The Defendants incorporate by reference paragraphs one (1) through sixty-two (62) of Defendants' Answer to the Plaintiff's First Amended Complaint.

64. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph sixty-four (64) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

65. Paragraph sixty-five (65) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

66. Paragraph sixty-six (66) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

67. Paragraph sixty-seven (67) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants Patten and Brown deny these allegations.

68. Paragraph sixty-eight (68) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

69. Paragraph sixty-nine (69) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

70. Paragraph seventy (70) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

## COUNT II

### (Fifth Amendment – Liberty Interest – 42 U.S.C. § 1983)

71. The Defendants incorporate by reference paragraphs one (1) through seventy (70) of Defendants' Answer to the Plaintiff's First Amended Complaint.

72. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph seventy-two (72) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

73. Paragraph seventy-three (73) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

74. Paragraph seventy-four (74) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

75. Paragraph seventy-five (75) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

76. Paragraph seventy-six (76) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

77. Paragraph seventy-seven (77) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required.  To the extent that a response is required, Defendants deny these allegations.

78. Paragraph seventy-eight (78) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required.  To the extent that a response is required, Defendants deny these allegations.

79. Paragraph seventy-nine (79) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required.  To the extent that a response is required, Defendants deny these allegations.

## COUNT III

### (Fifth Amendment – Liberty Interest)

80. The Defendants incorporate by reference paragraphs one (1) through seventy-nine (79) of Defendants' Answer to the Plaintiff's First Amended Complaint.

81. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph eighty-one (81) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegation at this time.

82. Paragraph eighty-two (82) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required.  To the extent that a response is required, Defendants deny these allegations.

83. Paragraph eighty-three (83) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required.  To the extent that a response is required, Defendants deny these allegations.

84. Paragraph eighty-four (84) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants Patten and Brown deny these allegations.

85. Paragraph eighty-five (85) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

86. Paragraph eighty-six (86) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

87. Paragraph eighty-seven (87) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

## COUNT IV

### (Fifth Amendment – Liberty Interest – 42 U.S.C. §1983)

88. The Defendants incorporate by reference paragraphs one (1) through eighty-seven (87) of Defendants' Answer to the Plaintiff's First Amended Complaint.

89. The Defendants are without sufficient information to admit or deny the allegations contained in paragraph eighty-nine (89) of Plaintiff's Amended Complaint. To the extent that an answer is required, the Defendants deny the allegations at this time.

90. Paragraph ninety (90) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

91. Paragraph ninety-one (91) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants Patten and Brown deny these allegations.

92. Paragraph ninety-two (92) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants Patten and Brown deny these allegations.

93. Paragraph ninety-three (93) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

94. Paragraph ninety-four (94) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

95. Paragraph ninety-five (95) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

96. Paragraph ninety-six (96) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

COUNT V

(D.C. Whistleblower Statute, §§ 1-615.51, et seq.)

97. The Defendants incorporate by reference paragraphs one (1) through ninety-six (96) of Defendants' Answer to the Plaintiff's First Amended Complaint.

98. Paragraph ninety-eight (98) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

99. Paragraph ninety-nine (99) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

100. Paragraph one hundred (100) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

101. Paragraph one hundred and one (101) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

102. Paragraph one hundred and two (102) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

103. Paragraph one hundred and three (103) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

## COUNT VI

### (Wrongful Discharge)

104. The Defendants incorporate by reference paragraphs one (1) through one hundred and four (104) of Defendants' Answer to the Plaintiff's First Amended Complaint.

105. Paragraph one hundred and five (105) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

106. Paragraph one hundred and six (106) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendants deny these allegations.

107. Paragraph one hundred and seven (107) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

108. Paragraph one hundred and eight (108) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

109. Paragraph one hundred and nine (109) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

110.  Paragraph one hundred and ten (110) of Plaintiff's First Amended Complaint contains legal conclusions and a statement of Plaintiff's claim to which no response is required. To the extent that a response is required, Defendant District of Columbia denies these allegations.

### Second Defense

If Plaintiff was injured and/or damaged as alleged in the complaint, said injuries and/or damages resulted from Plaintiff's own willful conduct.

### Third Defense

Plaintiffs might have failed to exhaust their administrative remedies and failed to comply with other mandatory filing requirements.

### Fourth Defense

Plaintiffs might have failed to timely file a grievance or otherwise failed to protect themselves from the alleged conduct.

### Fifth Defense

The complaint might have been filed in an untimely fashion.

### Sixth Defense

All actions taken by defendants relating to plaintiffs were necessary, reasonable, pursuant to lawful authority, and based on legitimate, non-discriminatory reasons.

### Seventh Defense

Plaintiffs might have failed to meet the applicable statute of limitations.

### Eighth Defense

All actions performed by Defendants met or exceeded the applicable standard of care.

<u>Ninth Defense</u>

Defendants performed their obligations, if any, toward Plaintiff in accord with all applicable statutory, regulatory, constitutional, and common law requirements.

<u>Tenth Defense</u>

Defendant acted in good faith and with the reasonable belief that those acts were lawful under the circumstances.

<u>Eleventh Defense</u>

Plaintiff has failed to mitigate his damages.

<u>Twelfth Defense</u>

This action may be barred by the doctrine of laches and/or the Statute of Limitations and the Doctrine of unclean hands.

<u>Thirteenth Defense</u>

The Defendants may be immune from liability under the doctrines of governmental immunity, privilege and/or official immunity, or qualified immunity.

<u>JURY DEMAND</u>

Defendant hereby demands a trial by jury of twelve (12) on all issues so triable.

Defendants District of Columbia, Devon Brown, and Wanda Patten, reserve the right to supplement this Answer as discovery is ongoing.

Wherefore, Defendants pray that this matter be dismissed with prejudice and that costs be awarded.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

    /s/
————————————————
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

    /s/
————————————————
JAMES H. VRICOS [474026]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
202) 724-6600
(202) 727-3625 (fax)
E-mail: James.Vricos@dc.gov