## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMETTE MCCORMICK,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) **Civil No. 07-0570 (EGS)** |
| | ) |
| **DISTRICT OF COLUMBIA, et., al.,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Court will please note to substitute the appearance of Assistant Attorney General

James Vricos on behalf of defendants District of Columbia, Devon Brown, and Wanda Patten with

Phillip A. Lattimore, III, Chief, General Litigation Section III, Civil Litigation Division, who

now enters his appearance in this case on behalf of defendants.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

_____/s/_____
PHILLIP A. LATTIMORE, III [422968]
Section Chief
General Litigation Section III
Sixth Floor South
441 4th Street, N.W.
Washington, D.C. 20001
(202) 442-9824
(202) 727-3625 (fax)
E-Mail: phillip.lattimore@dc.gov