UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| EMMETTE MCCORMICK, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-570 (EGS) |
| ) | |
| DISTRICT OF COLUMBIA, *et al*., ) | |
| ) | |
| Defendants. ) | |

### ORDER

Upon further consideration of the parties' meet and confer report and the arguments made in open court during the initial status conference, it is by the Court hereby

**ORDERED** that the Court's oral ruling on July 19, 2007 indicating that all written discovery previously served by plaintiff and not responded to by defendants would be deemed answered favorably to plaintiff is **VACATED**; and it is

**FURTHER ORDERED** that as indicated in footnote 1 of the meet and confer report, the written discovery previously served by plaintiff shall be deemed served as of July 19, 2007 and defendants shall provide answers to plaintiff as required by the Federal Rules of Civil Procedure and the Local Rules by no later than **August 20, 2007.**

SO ORDERED.

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**July 20, 2007**