AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

Emmette McCormick, JR.

        Plaintiff(s)    )
                                 )   **APPEARANCE**
                                 )
             vs.          )   CASE NUMBER   07-CV-570 (EGS)
District of Columbia et al.   )
        Defendant(s)   )

To the Clerk of this court and all parties of record:

Please enter the appearance of   Wesley J. Heath   as counsel in this
                               (Attorney's Name)

case for:  District of Columbia, Devon Brown, Wanda Patten
             (Name of party or parties)

8/10/07
Date

*(signature)*
Signature

Wesley J. Heath
Print Name

488100
BAR IDENTIFICATION

441 4th Street, N.W., 600S
Address

Washington, DC 20001
City   State   Zip Code

(202) 508-8068
Phone Number