UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **EMMETTE McCORMICK, JR.** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. Action No. 07-0570 (EGS) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.,** | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PRECIPAE**

The Clerk of the Court will kindly note the changes in suite and telephone numbers of plaintiff's counsel reflected below, effective December 1, 2007. In all other respects, the information concerning plaintiff's counsel already on file in this case remains unchanged.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
   D.C. Bar No. 245100


_____/s/_____
Jennifer R. Amore, Esq.
   D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 200
Washington, D.C.  20004
(202) 393-8200
Counsel for Plaintiff