UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMETTE McCORMICK, JR.** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civ. Action No. 07-0570 (EGS) |
| | ) |
| **DISTRICT OF COLUMBIA, et al.**, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**PRAECIPE**

THE CLERK OF THE COURT will please take notice that Jennifer R. Amore, Esq., who was admitted to the Bar of the District of Columbia on August 6, 2007, was admitted to the Bar of this Court on October 1, 2007.

Respectfully submitted,

_____/s/_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W.
Suite 305
Washington, D.C.  20004
(202) 955-6968

Counsel for Plaintiff