UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMMETTE McCORMICK, JR.** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civ. Action No. 07-0570 (EGS) |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, et al.**, | ) | Date:  December 21, 2007 |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties to the above action join in moving the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Scheduling Order of July 20, 2007, by three months.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, the parties to this action promptly exchanged initial disclosures shortly after the initial status conference and the parties have been and are actively engaged in the written discovery process.  The parties have also commenced depositions.

2.) There are a number of matters which have complicated the discovery process to date, without fault on the part of either party.  One is the sensitivity of the documents that were requested in Plaintiff's Requests for Production, since this action concerns events that occurred at and relate to the D.C. Department of Corrections.  The sensitivity of materials sought by plaintiff meant that defendants have had to review them exceptionally closely to ensure that sensitive data was redacted. In addition, due to the fact that responsive documents have been located in several places, the production of documents has been more time consuming than originally anticipated.  For these reasons, and the difficulty in locating witnesses who are no longer with the Agency, completing discovery will require more time than originally anticipated.

3.) Due to the upcoming responsibilities of each party's counsel,[1] the parties expect three more months will be needed to complete discovery.

4.) Accordingly, they join in moving the Court to extend the discovery cut-off date in this action from January 24, 2008 until April 24, 2008, and to amend its Scheduling Order in all respects for a like amount of time[2]

WHEREFORE, the parties join in moving the Court to amend the Scheduling Order of July 20, 2007 in the manner specified in the accompanying proposed order.

|  |  |
|---|---|
|  | Respectfully submitted, |
| //s// | Linda Singer |
| Robert C. Seldon, Esq. | Attorney General for the District of Columbia |
| D.C. Bar No. 245100 |  |
| Jennifer R. Amore, Esq. | George Valentine |
| D.C. Bar No. 975907 | Deputy Attorney General |
| Robert C. Seldon & Associates, P.C. | Civil Litigation Division |
| 1319 F Street, N.W., Suite 200 |  |
| Washington, D.C. 20004 | //s// |
| Phone (202) 393.8200 | Phillip Latimore, III |
|  | D.C. Bar No. 422968 |
| Counsel for Plaintiff | //s// |
|  | Wesley J. Heath |
|  | D.C. Bar No. 488100 |
|  | Special Assistant Attorney General |
|  | 441 4th St., N.W. – Ste., 600S |
|  | Washington, D.C. 20001 |
|  | Phone (202) 424.9866 |
|  | Counsel for Defendants |

---

[1] Among other matters, counsel for plaintiff is scheduled for trial in Howard v. District of Columbia, C.A. No. 04-2082 (January 22, 2008) and Elion v. Jackson, C.A. 05-0992 (March 3, 2008), and is, or shortly will be actively engaged in litigation in Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Bennett v. Chao, C.A. No. 07-CV-1951 (D.D.C.); Weng v. Chao, EEOC No. 570-2007-00459; and Uzlyan v. Chao, EEOC No. 570-2007-005944X. Counsel for defendant is also scheduled for trial in Howard v. District of Columbia, C.A. No. 04-2082 (January 22, 2008) and has appellate briefs due in Atamirzayeva v. United States, No. 2007-5159 (Fed. Cir.), Invista, N.A. v. Rhodia Polyamide S.A., No. 2007-1544 (Fed. Cir.), and State of Ohio v. George Skatzes, No. 22484, (Ohio App. 2nd Dist.).

[2] The Court's Scheduling Order set a status conference for January 24, 2008. The parties are amenable to appearing at that date or at a post-discovery status conference.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **EMMETTE McCORMICK, JR.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Civ. Action No. 07-0570 (EGS)** |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | **Date: December 21, 2007** |
| ) | |
| **Defendants.** ) | |
| ) | |

**ORDER AMENDING SCHEDULING ORDER**

Upon consideration of the parties' Joint Motion to Amend Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Scheduling Order issued by the Court on July 20, 2007, is hereby amended.

ORDERED that discovery in this case shall conclude on April 24, 2008.

ORDERED that the post-discovery status conference scheduled for January 24, 2008, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court is amended for a like amount of time.

SO ORDERED this ____ day of _____, 2007.

_____
United States District Judge