UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, JR., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-570 (EGS) |
| DISTRICT OF COLUMBIA, *et al.* | ) |
| Defendants. | ) |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

To the Clerk of this court and all parties of record:

Please take notice that Wesley J. Heath hereby withdraws his appearance as counsel for The District of Columbia, Devon Brown, and Wanda Patten in the above captioned case. He will be replaced by Martha Mullen who will be entering an appearance promptly following his withdrawal.

1

        Respectfully submitted,

        PETER J. NICKLES
        Interim Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General
        Civil Litigation Division

        /s/ Phillip A. Lattimore, III /s/
        PHILLIP A. LATTIMORE, III [422968]
        Chief, General Litigation Section III

        /s/ Wesley J. Heath /s/
        WESLEY J. HEATH [488100]
        Special Assistant Attorney General
        Suite 600S
        441 Fourth Street, N.W.
        Washington, D.C. 20001
        (202) 508-8068
        (202) 727-3625 (fax)
        Email:  wesley.heath@shearman.com

        ***Attorneys for Defendant***

Dated:  February 14, 2008