# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **EMMETTE McCORMICK, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civ. Action No. 07-0570 (EGS)** |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, <u>et al.</u>,** | ) | **Date:  March 21, 2008** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## CONSENT MOTION TO AMEND SCHEDULING ORDER

The Plaintiff in the above action respectfully moves the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of December 31, 2007, by ten weeks.

Counsel for the Defendants has been advised of this Motion and has given its consent to this motion.

The grounds in support of this Motion are as follows:

1.)     In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, the parties commenced the discovery process.  They have been, and continue to be, actively engaged in the written discovery process.  The parties have also commenced depositions.

2.)     Both parties have been diligently engaged in responding to one another's written discovery.  The documents that have been requested by Plaintiff contain highly sensitive information and are located in several places within the District of Columbia government.  The need to redact information in the sought materials, as well as the additional time needed to search for the materials, has resulted in the production of documents being more time consuming than originally anticipated.  Time is also needed to complete depositions.  Several witnesses are no longer employed by the Agency, and additional time is needed to locate these witnesses.

Further, Plaintiff has been hampered by one trial in January 2008, <u>Howard v. District of Columbia</u>, C.A. No. 04-2082, and is currently preparing for another trial, scheduled for April 2, 2008 (<u>Elion v. Jackson</u>, C.A. No. 04-2082).  For these reasons completing discovery will require additional time

    3.)    Due to the upcoming responsibilities of Plaintiff's counsel,[1] it is expected that an additional ten weeks will be needed to complete discovery.

    4.)    Accordingly, Plaintiff respectfully moves the Court to extend the discovery cut-off date in this action from April 24, 2008 to July 3, 2008, and to amend its Scheduling Order in all respects for a like amount of time[2]

    WHEREFORE, the Plaintiff respectfully moves the Court to amend its Amended Scheduling Order of December 31, 2007 in the manner specified in the accompanying proposed order.

Respectfully submitted,

_____//s//_____
Robert C. Seldon, Esq.
 D.C. Bar No. 245100
Jennifer R. Amore, Esq.
 D.C. Bar No. 975907
Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
Phone 202.393.8200

Counsel for Plaintiff

---

[1]    Among other matters, counsel for plaintiff is scheduled for trial in <u>Elion v. Jackson</u>, C.A. 05-0992 (April 4, 2008) and a re-trial in <u>Howard v. District of Columbia</u>, C.A. No. 04-2082 (June 24, 2008), and is, or shortly will be actively engaged in litigation in <u>Francis v. District of Columbia</u>, C.A. No. 07-1473 (D.D.C.); <u>Bennett v. Chao</u>, C.A. No. 07-CV-1951 (D.D.C.); <u>Mazzoni v. Preston</u>, C.A. No. 07-2322 (D.D.C.); <u>Sykes v. Chertoff</u>, C.A. No. 07-42 (D.D.C.); <u>Weng v. Chao</u>, EEOC No. 570-2007-00459; <u>Uzlyan v. Chao</u>, EEOC No. 570-2007-005944X; and <u>Valdes v. Jackson</u>, MSPB No. AT-0752-08-0330-I-1.

[2]    The Court's Scheduling Order set a status conference for April 25, 2008.  Plaintiff is amenable to appearing at that date or at a post-discovery status conference.

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **EMMETTE McCORMICK, JR.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **Civ. Action No. 07-0570 (EGS)** |
| v. | ) | |
| | ) | |
| **DISTRICT OF COLUMBIA, <u>et</u> <u>al.</u>,** | ) | **Date:  March 21, 2008** |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

<u>**ORDER AMENDING SCHEDULING ORDER**</u>

Upon consideration of Plaintiff's Consent Motion to Amend the Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on December 31, 2007, is hereby amended.

ORDERED that discovery in this case shall conclude on July 3, 2008.

ORDERED that the post-discovery status conference scheduled for April 25, 2008, is hereby re-scheduled for _____, 2008.

ORDERED that in all other respects, the Scheduling Order issued by the Court is amended for a like amount of time.

SO ORDERED this _____ day of _____, 2008.


_____
United States District Judge