UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMETTE McCORMICK, JR.,**  )<br>)<br>    **Plaintiff,**  )<br>)<br>        v.  )<br>)<br>**DISTRICT OF COLUMBIA, et al.,**  )<br>)<br>    **Defendants.**  )<br>_____)  | Civ. Action No. 07-0570 (EGS)<br><br>Date:  June 26, 2008 |

### JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above action respectfully move the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of March 25, 2008, by forty-five days.

The grounds in support of this Motion are as follows:

1.)    In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, they commenced the discovery process.  They have been, and continue to be, actively engaged in the written discovery process.  The parties have also commenced depositions.

2.)    Both parties have been diligently engaged in responding to one another's written discovery.  Due to the sensitive nature of the documents involved in this litigation, a few discovery issues remain, which the parties have been diligently working towards resolving.  Time is also needed to complete depositions.  Approximately four depositions remain, and due to the schedules of the attorneys and witnesses, scheduling the depositions has been difficult.  Further, both parties are currently trying the case Howard v. District of Columbia, C.A. No. 04-2082 (D.D.C.), before Judge Paul Friedman.  For these reasons, completing discovery will require additional time.

1

3.) Due to the upcoming responsibilities of Plaintiff's and Defendants' counsel,[1] it is expected that an additional forty-five days will be needed to complete discovery.

4.) Accordingly, the parties respectfully move the Court to extend the discovery cut-off date in this action from July 3, 2008 to August 18, 2008, and to amend its Scheduling Order in all respects for a like amount of time.[2]

WHEREFORE, the parties respectfully move the Court to amend its Amended Scheduling Order of March 25, 2008 in the manner specified in the accompanying proposed order.

Respectfully submitted,

| | |
|---|---|
| //s// | //s// |
| Robert C. Seldon, Esq. | Ronald W. Gill, Esq. |
| D.C. Bar No. 245100 | D.C. Bar No.975414 |
| | Assistant Attorney General |
| //s// | Office of the Attorney General |
| Jennifer R. Amore, Esq. | District of Columbia |
| D.C. Bar No. 975907 | Civil Litigation Division, Section III |
| Robert C. Seldon & Associates, P.C. | 441 Fourth St., N.W. Sixth Fl. South |
| 1319 F Street, N.W., Suite 200 | Washington, DC 20001 |
| Washington, D.C. 20004 | 202.741.0760 |
| 202.393.8200 | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

---

[1] Among other matters, counsel for plaintiff is currently in trial for Howard v. District of Columbia, C.A. No. 04-2082 (D.D.C.) (PLF), and is scheduled for trial in Malloy v. Jackson, C.A. 05-1117 (D.D.C.) (RCL) on August 18, 2008; other responsibilities include an MSPB hearing in Valdes v. Jackson, MSPB No. AT-0752-08-0330-I-1 (July 26, 2008); and an EEOC hearing in Uzlyan v. Chao, EEOC No. 570-2007-005944X (August 3, 2008). Plaintiff is also, or shortly will be, actively engaged in litigation in Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Bennett v. Chao, C.A. No. 07-CV-1951 (D.D.C.); Mazzoni v. Preston, C.A. No. 07-2322 (D.D.C.); Sykes v. Chertoff, C.A. No. 07-42 (D.D.C.); and Schmidt v. Chao, C.A. No. 07-02216 (D.D.C.) (ESH). Defendant is currently in trial for Howard v. District of Columbia, C.A. No. 04-2082, and is scheduled for trial in Wilson v. District of Columbia, C.A. 04-0039 (District of Columbia Superior Court) (July 14, 2008) and Howard v. District of Columbia, C.A. 04-8920 (District of Columbia Superior Court (July 30, 2008).

[2] The Court's Scheduling Order set a status conference for July 23, 2008. The parties are amenable to appearing at that date or at a post-discovery status conference.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMETTE McCORMICK, JR.,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civ. Action No. 07-0570 (EGS) |
| **v.** ) | |
| ) | |
| **DISTRICT OF COLUMBIA, et al.,** ) | Date:  June 26, 2008 |
| ) | |
| **Defendants.** ) | |
| ) | |

### ORDER AMENDING SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on March 25, 2008, is hereby amended in the following manner:

ORDERED that discovery in this case shall conclude on August 18, 2008;

ORDERED that the post-discovery status conference scheduled for July 9, 2008, is hereby rescheduled for _____, 2008; and

ORDERED that all other deadlines in the Scheduling Order are hereby enlarged by 45 days.

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge