UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EMMETTE McCORMICK, JR.,    ) | |
|       ) | |
|   Plaintiff,    ) | |
|       ) | Civ. Action No. 07-0570 (EGS) |
|   v.      ) | |
|       ) | |
| DISTRICT OF COLUMBIA, et al.,    ) | Date:  August 15, 2008 |
|       ) | |
|   Defendants.    ) | |
| _____) | |

## JOINT MOTION TO AMEND SCHEDULING ORDER

The parties in the above action respectfully move the Court, pursuant to Rule 7, Fed. R. Civ. P., to amend the Amended Scheduling Order of June 26, 2008, by thirty days.

The grounds in support of this Motion are as follows:

1.) In accordance with the Court's Scheduling Order, after the parties to this action exchanged initial disclosures, they commenced the discovery process. They have been, and continue to be, actively engaged in the written discovery process. The parties have also commenced depositions.

2.) Both parties have been diligently engaged in responding to one another's written discovery. At this juncture a few discovery issues remain, which the parties have been diligently working towards resolving. With the grant of additional time, the parties are optimistic that they will be able to resolve these issues without seeking the Court's intervention. Time is also needed to complete depositions. Approximately one deposition remains,[1] and due to unforeseen

---

[1] On June 11, 2008, Plaintiff served a Federal Rule 30(b)(6) Notice of Deposition on the Federal Bureau of Prisons ("BOP"). BOP filed a Motion to Quash the Subpoena with the Court. At the Court's direction, Plaintiff filed its Motion in Opposition to BOP's Motion to Quash on August 11, 2008. BOP's reply is due on August 18, 2008. Should the Court deny BOP's motion to quash the subpoena, then this deposition will need to be taken as well.

scheduling conflicts, scheduling this deposition has been difficult. For these reasons, completing discovery will require additional time.

3.)   Due to the upcoming responsibilities of Plaintiff's and Defendants' counsel,[2] it is expected that an additional thirty days will be needed to complete discovery.[3]

4.)   Accordingly, the parties respectfully move the Court to extend the discovery cut-off date in this action from August 18, 2008 to September 17, 2008, and to amend its Scheduling Order in all respects for a like amount of time.[4]

---

[2] Among other matters, counsel for plaintiff remains engaged in an EEOC hearing in Uzlyan v. Chao, EEOC No. 570-2007-005944X (August 3, 2008), and is scheduled for trial in Malloy v. Jackson, C.A. 05-1117 (D.D.C.) (RCL) on August 25, 2008. Plaintiff's counsel is also, or shortly will be, actively engaged in litigation in Francis v. District of Columbia, C.A. No. 07-1473 (D.D.C.); Bennett v. Chao, C.A. No. 07-CV-1951 (D.D.C.); Mazzoni v. Preston, C.A. No. 07-2322 (D.D.C.); Sykes v. Chertoff, C.A. No. 07-42 (D.D.C.); and Schmidt v. Chao, C.A. No. 07-02216 (D.D.C.) (ESH). Defendant is preparing for trial in Stewart v. St. Elizabeth Hospital, C.A. No. 04-01444 (CKK).

[3] Barring circumstances presently unforeseen, this will be the last extension that the parties will seek.

[4] The Court's Scheduling Order set a status conference for October 17, 2008. The parties are amenable to appearing at that date or at another date convenient for the Court.

WHEREFORE, the parties respectfully move the Court to amend its Amended Scheduling Order of June 26, 2008 in the manner specified in the accompanying proposed order.

Respectfully Submitted,

_____//s//\_\_\_\_
Robert C. Seldon, Esq
 D.C. Bar No. 245100

_____//s//_____
Jennifer R. Amore, Esq.
 D.C. Bar No. 975907

Robert C. Seldon & Associates, P.C.
1319 F Street, N.W., Suite 200
Washington, D.C.  20004
202.393.8200

Counsel for Plaintiff

PETER J. NICKLES
Acting Attorney General, for the,
District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

 */s/Toni Michelle Jackson*
TONI MICHELLE JACKSON (453765)
Chief, General Litigation Section III

 */s/Ronald W. Gill, Esq.*
RONALD W. GILL, ESQ. (975414)
Assistant Attorney General
Civil Litigation Division, Section III
441 4th Street N.W., 6th floor South
Washington, D.C. 20001
Direct Line: (202) 741-0760
e-mail: ronaldw.gill@dc.gov

Counsel for Defendants

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **EMMETTE McCORMICK, JR.,** )<br>)<br>    **Plaintiff,** )<br>)<br>    v. )<br>)<br>**DISTRICT OF COLUMBIA, et al.,** )<br>)<br>    **Defendants.** )<br>_____)  | **Civ. Action No. 07-0570 (EGS)** |

## ORDER AMENDING SCHEDULING ORDER

Upon consideration of the parties' Joint Motion to Amend the Scheduling Order, and the entire record in this matter;

It is hereby:

ORDERED that the Amended Scheduling Order issued by the Court on June 26, 2008, is hereby amended in the following manner.

ORDERED that discovery in this case shall conclude on September 17, 2008.

ORDERED that the post-discovery status conference scheduled for October 17, 2008, is hereby rescheduled for _____, 2008.

ORDERED that all other deadlines in the Scheduling Order are hereby enlarged by thirty days.

SO ORDERED this ____ day of _____, 2008.

_____
United States District Judge